NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**LLOYD J. FLEMING,**
*Plaintiff-Appellant,*

v.

**RICHARD COWARD AND P. HEMPHILL, OFFICER #2478,**
*Defendants-Appellees,*

AND

**WALTER W. TWEEDY, POOL, OFFICER, ADRIANNE TODMAN, FRANK LANCASTER, AND LORRY BLUITT BONDS,**
*Defendants-Appellees,*

AND

**ARUN C. WILLIAMS AND PATRICK ASSOUAD,**
*Defendants-Appellees,*

AND

**GARRETT, MOTENAR ROBERSON, JOSEPH DUKES, EBENEZER OLOMO, LARRY LOUCUS, TOM WOODSON, BEEMON FLEMING, JIMMY MCGIVIE, KESHA TAYLOR, JESSICA, RECITA EVANS, STEPHEN WHEELE, KAREN BUSH, AND MEREDITH KOLBRENER,**
*Defendants.*

———————————

LLOYD FLEMING V. RICHARD COWARD                                    2

2013-1091

_____

Appeal from the United States District Court for the District of Columbia in case no. 12-CV-0330, Judge Richard J. Leon.

_____

**ON MOTION**

_____

**O R D E R**

Upon consideration of Lloyd J. Fleming's motion seeking various relief from the court,

IT IS ORDERED THAT:

(1)  The motion is denied.

(2)  Appellees' briefs are due 21 days from the date of this order.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s26